UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

TRACY DARREN GRISSOM ]
    Plaintiff, ]
     ]
v. ]    No. 1:13-0122
     ]    JUDGE HAYNES
LT. DANIEL KELLUM ]
    Defendant. ]

## MEMORANDUM

Plaintiff, Tracy Darren Grissom, an inmate at the Lawrence County Jail in Lawrenceburg, Tennessee, filed this *pro se* action against the Defendant Lt. Daniel Kellum, an employee at the Jail. Plaintiff seeks a transfer and alleges that:

> I am being discriminated against because I'm from another county. I can't get into the drug class because I'm told I'm from another county. I also can't get a job here for the same reason. I've been here for a year. I've seen people get two and three chances to work.

(Docket Entry No. 1, Complaint at 1).

An equal protection claim requires factual allegations that Plaintiff "was victimized because of some suspect classification, which is an essential element of an equal protection claim." Newell v. Brown, 981 F.2d 880,887 (6th Cir.1992).

Here, Plaintiff simply alleges that he is being treated differently than other inmates at the Lawrence County Jail. Inmates, however, are not a suspect class for equal protection purposes. Michael v. Ghee, 498 F.3d 372,379 (6th Cir.2007). Thus, the Court concludes that Plaintiff fails to

allege a viable equal protection claim.

Accordingly, the Court must dismiss this action *sua sponte*. 28 U.S.C. § 1915(e)(2).

An appropriate Order is filed herewith.

**ENTERED** this the 22nd day of October, 2013.

WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court